UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY EDWARD COLLINS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.   1:13-cr-00031 LJO SKO <br><br> **ORDER OF DETENTION PENDING A BOND VIOLATION HEARING** |

A. <u>Order for Revocation and Detention</u>

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

\_\_\_\_\_  (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

_X_   (2)  Defendant has admitted that he violated a condition or conditions of release.

**and**

\_\_\_\_\_  (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

_X_   (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

\_\_\_\_\_  (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

Dated:   **September 10, 2013**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE