BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>GARY EDWARD COLLINS,<br><br>   Defendant. | **CASE NO.** 1:13-CR-0031-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on November 19, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Gary Edward Collins forfeiting to the United States the following property:

  a. Dell computer, serial number DNP7JQ1;

  b. Iomega external hard disk drive, serial number 97A847078D;

  c. Motorola Droid cellular telephone with power cord;

  d. Sony 2GB USB drive;

  e. Dell laptop Inspiron 1564 computer; and

Final Order of Forfeiture     1

   f. Hitachi hard disk drive for laptop computer, serial number MPCC14Y3GUV46E.

AND WHEREAS, beginning on November 20, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Gary Edward Collins.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

 Dated: **March 21, 2014**   /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture     2